596

469 A.2d 299

Commonwealth v. Ressler, Appellant.

Submitted September 9, 1983. John J. Speicher, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Affirmed.

CAVANAUGH, J., concurred in the result.

469 A.2d 300

Commonwealth v. Sawyer, Appellant.
Petition for Allowance of Appeal
Denied March 20, 1984.

Submitted September 30, 1983. David G. Metinko, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.